1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE DEJESUS RODRIGUEZ,

11            Plaintiff,                    No. CIV S-07-1077 GEB JFM PS

12        vs.

13   AUTOMATIC SWITCH CO., et al.,

14            Defendants.              ORDER

15   _____/

16            Plaintiff is proceeding in this action pro se and in forma pauperis.  By order filed

17   June 14, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint.

18   Plaintiff has now filed a first amended complaint.

19            The amended complaint states a cognizable claim for relief.   If the allegations of

20   the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this

21   action.  Good cause appearing, IT IS HEREBY ORDERED that:

22            1.  The Clerk of the Court shall send plaintiff one USM-285 form, one summons,

23   an instruction sheet and a copy of the first amended complaint filed June 18, 2007.

24            2.  Within thirty days from the date of this order, plaintiff shall complete the

25   attached Notice of Submission of Documents and submit the completed Notice to the court with

26   the following documents:

                                              1

1      a.  One completed summons for defendant Automatic Switch Company;

2      b.  One completed USM-285 form for defendant Automatic Switch

3      Company; and

4      c.  Two copies of the endorsed amended complaint filed June 18, 2007.

5      3.  Plaintiff need not attempt service on defendant and need not request waiver of

6  service.  Upon receipt of the above-described documents, the court will direct the United States

7  Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4

8  without prepayment of costs.

9      4.  Failure to comply with this order may result in a recommendation that this

10  action be dismissed.

11  DATED:  July 24, 2007.

12

13  UNITED STATES MAGISTRATE JUDGE

14

15  /001; rodr1077.scr

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE DEJESUS RODRIGUEZ,

11          Plaintiff,                    No. CIV S-07-1077 GEB JFM PS

12       vs.

13   AUTOMATIC SWITCH CO., et al.,        NOTICE OF SUBMISSION

14          Defendants.                   OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          _____          completed summons form

19          _____          completed USM-285 form

20          _____          copies of the Amended Complaint

21   DATED:

22

23                                        _____

24                                        Plaintiff

25

26